# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEROME KASPER,

                        Plaintiff,

v.                                           Case No. 19-CV-478-JPS

LJ ROSS ASSOCIATES INC.,           **ORDER**

                        Defendant.

On October 3, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #24). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The pending class certification motion, (Docket #3), motion to dismiss, (Docket #5), motion to stay discovery, (Docket #12), and motion to compel, (Docket #19), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #24) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party;

**IT IS FURTHER ORDERED** that the plaintiff's class certification motion (Docket #3) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that the defendant's motion to dismiss (Docket #5) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that the defendant's motion to stay discovery (Docket #12) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that the plaintiff's motion to compel (Docket #19) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 3rd day of October, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge